UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Wilmington Savings Fund Society, FSB

   v.                                                                Case No. 21-cv-589-JL

Selena S. Randolph, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 16, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 29, 2021

cc:     John Laurence von Barta, IV, Esq.
          Xzavier A. Randolph, pro se